**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**IN THE MATTER OF: JANTRAN, INC.
As Owner of the M/V Mr. Tom, in a Cause of
Action for Exoneration From, or Limitation of
Liability**                                                    **CIVIL ACTION NO. 2:10CV00172-JMV**

*CONSOLIDATED WITH*

**CATHERINE MILLER Individually and As
Personal Representative of Tammynesha Ramiz,
Stephen Ramiz and on behalf of Stephen Miller**,
**Et Al.**                                                                                   **PLAINTIFF**

**VERSUS**                                                **CIVIL ACTION NO. 2:12CV00098-JMV**

**JANTRAN, INC.**                                                                    **DEFENDANT**

**JUDGMENT DISMISSING ACTIONS
BY REASON OF SETTLEMENT**

The parties to these consolidated actions reached a settlement during a conference conducted by the undersigned United States Magistrate Judge on October 23, 2013. Therefore, it is not necessary that the actions remain on the calendar of the court.

IT IS ORDERED that these cases are dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the cases upon cause shown that settlement has not been completed and further litigation is necessary.

The attorneys are directed to submit to the court a proposed agreed order of dismissal with prejudice.

This, the 24th day of October, 2013.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE